UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY CONWAY,

    Plaintiff,

v.

NORTHFIELD INSURANCE COMPANY,

    Defendant.

Case No. 18-cv-06407-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | June 28, 2019 |
| PLAINTIFF'S AFFIRMATIVE MOTION FOR SUMMARY JUDGMENT FILED BY 2/15/19. | |
| JOINT APPENDIX TO BE FILED ALONG WITH PLAINTIFF'S AFFIRMATIVE MOTION FOR SUMMARY JUDGMENT. | |
| DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION AND DEFENDANT CROSS- MOTION FOR SUMMARY JUDGMENT FILED BY 3/1/19 (IN ONE SINGLE BRIEF). | |
| PLAINTIFF'S REPLY IN SUPPORT OF ITS OWN MOTION AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT FILED BY 3/15/19 (IN ONE SINGLE BRIEF). | |
| DEFENDANT'S REPLY IN SUPPORT OF ITS OWN CROSS-MOTION FOR SUMMARY JUDGMENT FILED 3/22/19 | |
| HEARING ON CROSS-MOTIONS SET FOR: | April 16, 2019 at 2:00 p.m. |
| COMPLIANCE HEARING | Friday, February 15, 2019 at 9:01 a.m.<br>Joint Statement re: Status of Underlying State Court Case filed by February 8, 2019 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated:  January 15, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge