CLYDE & CO US LLP
BRUCE D. CELEBREZZE, State Bar No. 102181
*bruce.celebrezze@clydeco.us*
ALEXANDER E. POTENTE, State Bar No. 208240
*alex.potente@clydeco.us*
LENELL T. McCALLUM, State Bar No. 84024
*lenell.mccallum@clydeco.us*
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Defendant
NORTHFIELD INSURANCE COMPANY

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
9/9/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY CONWAY,<br><br>      Plaintiff,<br><br>  v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>      Defendant. | Case No. 4:18-cv-06407-YGR<br><br>**STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff SHIRLEY CONWAY and defendant NORTHFIELD INSURANCE COMPANY, by and through their respective attorneys of record, that the above captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear her or its own attorneys' fees and costs.

//

//

//

//

Dated: September 5, 2019        BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP

By: _____*/s/ Geoffrey Hutchinson*_____
John R. Campo
Geoffrey Hutchinson
Attorney for Plaintiff
SHIRLEY CONWAY

Dated: September 5 , 2019        CLYDE & CO US LLP

By: _____*/s/ Bruce D. Celebrezze*_____
Bruce D. Celebrezze
Alexander E. Potente
Lenell T. McCallum
Attorney for Defendant
NORTHFIELD INSURANCE COMPANY

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Bruce D. Celebrezze hereby attests that all signatories concur in the filing's content and have authorized the filing.*